## McKoy *v.* The State.

SIMMONS, C. J.   No error of law is complained of, and the evidence authorized the verdict.

*Judgment affirmed.   All the Justices concurring.*

Submitted December 4, 1899. — Decided January 24, 1900.

Indictment for larceny from the house.   Before Judge Freeman.   City court of Newnan.   October term, 1899.

*J. C. Newman,* for plaintiff in error.
*W. C. Wright, solicitor,* contra.

---

## Daniel *v.* Mayor and Council of Athens.

FISH, J.   The use, in the presence of a man, of an obscene word in an ordinary tone, without anger, and under circumstances not calculated to offend the hearer or cause a breach of the peace, does not constitute a violation of a municipal ordinance prohibiting disorderly conduct "calculated to disturb the peace of the citizen."

*Judgment reversed.   All the Justices concurring.*

Submitted December 4, 1899. — Decided January 24, 1900.

Petition for certiorari.   Before Judge Russell.   Clarke superior court.   October term, 1899.

*Strickland & Green,* for plaintiff in error.
*F. C. Shackelford,* contra.